**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Blama J.K., Jr., | Civ. No. 20-0852 (PJS/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| DHS-ICE, Chief Counsel, Attorney General, and Sherburne County Sheriff, | |
| Respondents. | |

Blama J.K., Jr., *pro se* Petitioner.

Gregory G. Brooker, Esq., Ana H. Voss, Esq., and Ann M. Bildtsen, Esq., United States Attorney's Office, counsel for Respondents.

On August 11, 2020, this Court issued a Report and Recommendation that Petitioner's Habeas Petition be denied. (Doc. No. 22.) Subsequently, Petitioner filed a sur-reply responding to the Government. (Doc. No. 23.) This Court wishes to ensure that all the parties' briefing is accounted for in its analysis, and therefore **IT IS HEREBY ORDERED** that this Court's August 11, 2020 Report and Recommendation (Doc. No. 22) is **VACATED**.

Date: August 17, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge