# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Blama J.K., Jr., | Civ. No. 20-0852 (PJS/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| DHS-ICE, Chief Counsel, Attorney General, and Sherburne County Sheriff, | |
| Respondents. | |

Blama J.K., Jr., *pro se* Petitioner.

Gregory G. Brooker, Esq., Ana H. Voss, Esq., and Ann M. Bildtsen, Esq., United States Attorney's Office, counsel for Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 20, 2020

_____
PATRICK J. SCHILTZ
United States District Judge